


Janet L. Medlock
Clerk, U.S. Bankruptcy Court

126 U.S. Courthouse
517 East Wisconsin Ave.
Milwaukee, WI 53202−4581
414−297−3291
www.wieb.uscourts.gov

United States Bankruptcy Court
Eastern District of Wisconsin
Office of the Clerk

To: Curt P. Rehberg and Associates, PC
2839 W. Fillmore Street
Chicago, IL 60612

IN RE: **Jonathan C. Walkup**
Case No. **11−33086−gmh**
Chapter: **13**

Dear Curt P. Rehberg:

On October 17, 2016, the Bankruptcy Court received your Request for Unclaimed Funds. However, we cannot complete your request as it did not include all of the necessary documentation. To file your request, please return this letter with the following checked items.

- ☐ A notarized signature of the claimant
- ☑ Photo copy of photo identification
- ☐ A brief history of the claim (Please include supporting documentation)
- ☑ Our records show that you are entitled to an additional $108.95.
    Please amend your request if you want the additional amount.

Please return the completed document(s) to the address listed above by November 2, 2016. Upon receipt of the completed items, we will continue to complete the processing of your request for the release of unclaimed funds.

Please contact me at (414) 290−2701, should you have any questions.

Dated: October 19, 2016

        **JANET L. MEDLOCK**
        Clerk of Court

        By:   Jeanette O.
               Deputy Clerk